UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

PINNACLE MINDS, INC.,

Plaintiff,

vs.

CULAIN CAPITAL FUNDING, INC.,

Defendant.

**STIPULATION**
**SELECTION OF MEDIATOR**

Case No. 26-cv-00501 (LJV-JJM)

IT HEREBY IS STIPULATED AND AGREED, by and between counsel for all parties to this action, that Hugh M. Russ, Esq. has been selected, contacted and has agreed to serve as Mediator for this action.

IT IS FURTHER STIPULATED AND AGREED, in consultation with the Mediator, that the initial mediation session will be held on July 23, 2026 at 10:00 AM.

IT IS FURTHER STIPULATED AND AGREED that counsel will participate in the mediation session in good faith and confer with the Mediator regarding the scheduling of additional conference(s), bearing in mind the deadline for the completion of ADR set forth in the Court's Scheduling Order.

Dated: Buffalo, New York
June 24, 2026

BLANK ROME LLP

BY: s/Samuel D. Levy
Samuel D. Levy, Esq.
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 885-5000
Email: *samuel.levy@blankrome.com*

MAGAVERN MAGAVERN GRIMM LLP

BY: s/Richard A. Grimm, III
Richard A. Grimm, III, Esq., of counsel
1100 Rand Building, 14 Lafayette Square
Buffalo, New York 14203
Telephone: (716) 856-3500
Email: *rgrimm@magavern.com*

PHILLIPS LYTLE LLP
John G. Schmidt, Esq.
One Canalside
125 Main Street
Buffalo, NY 14203-2887
Telephone: (716) 847-8400
Email: *jschmidt@phillipslytle.com*
**Attorneys for Plaintiff**

WOODS OVIATT GILMAN LLP
William F. Savino, Esq.
50 Fountain Plaza
Suite 320
Buffalo, NY 14202
Telephone: (716) 248-3210
Email: *wsavino@woodsoviatt.com*
**Attorneys for Defendant**

\\ 21855.0002\1333732